**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

      KARL DWAYNE JOHNSON

          Debtor(s)

Case No. A20-64935-JWC

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2020.

2) The plan was confirmed on 09/15/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/19/2022.

5) The case was converted on 02/22/2024.

6) Number of months from filing or conversion to last payment: 45.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $30,449.84.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank .

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $109,150.84 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$109,150.84**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,800.00 |
| Court Costs | $25.00 |
| Trustee Expenses & Compensation | $7,096.15 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$11,921.15**

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T CORP | Unsecured | 852.86 | 852.86 | 852.86 | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 206.26 | 206.26 | 206.26 | 0.00 | 0.00 |
| CHILD SUPPORT SERVICES | Priority | 33,047.00 | 3,695.48 | 33,047.00 | 3,695.48 | 0.00 |
| DOUGLAS COUNTY CHILD SUPPORT | Priority | NA | 20,752.49 | 20,752.49 | 10,847.47 | 0.00 |
| EMERGENCY COVERAGE CORP. | Unsecured | 1,416.00 | 1,399.76 | 1,399.76 | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Unsecured | NA | 10,153.48 | 10,153.48 | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Secured | 20,778.83 | 11,500.00 | 11,500.00 | 11,500.00 | 666.38 |
| FULTON COUNTY TAX COMM | Secured | 3,241.00 | 3,241.00 | 3,241.00 | 0.00 | 0.00 |
| FULTON COUNTY TAX COMM | Priority | NA | 3,677.49 | 3,677.49 | 450.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,468.17 | 1,468.17 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 168.67 | 168.67 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Secured | 16,387.16 | 16,237.16 | 16,237.16 | 16,237.16 | 972.39 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 7,077.42 | 7,077.42 | 7,077.42 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING, LLC | Secured | NA | 0.00 | 9,678.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING, LLC | Secured | NA | 15,438.91 | 15,438.91 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING, LLC | Secured | 46,460.00 | 46,460.11 | 46,460.11 | 43,054.72 | 0.00 |
| LEGACY AT PALMETTO FARMS HOM | Secured | 8,623.00 | 12,466.23 | 12,466.23 | 9,806.09 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,307.80 | 1,307.80 | 1,307.80 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 1,397.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 1,058.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 630.62 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 2,365.97 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 6,662.00 | NA | NA | 0.00 | 0.00 |
| SOUTHEASTERN EMERGENCY PHYS | Unsecured | 1,399.00 | 1,416.00 | 1,416.00 | 0.00 | 0.00 |
| SPRINT CORP. | Unsecured | 2,494.91 | 2,494.91 | 2,494.91 | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | 1,923.17 | 1,923.17 | 1,923.17 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $46,460.11 | $43,054.72 | $0.00 |
| Debt Secured by Vehicle | $27,737.16 | $27,737.16 | $1,638.77 |
| All Other Secured | $40,824.14 | $9,806.09 | $0.00 |
| **TOTAL SECURED:** | **$115,021.41** | **$80,597.97** | **$1,638.77** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $57,645.65 | $14,992.95 | $0.00 |
| **TOTAL PRIORITY:** | **$57,645.65** | **$14,992.95** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$28,299.83** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11,921.15 |
| Disbursements to Creditors | $97,229.69 |
| | |
| **TOTAL DISBURSEMENTS :** | **$109,150.84** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/01/2024                    By: /s/ Nancy Whaley

                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

## CERTIFICATE OF SERVICE

Case No. A20-64935-JWC

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
KARL DWAYNE JOHNSON
7811 WROTHAM CIRCLE
ATLANTA, GA  30349

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
THE LAW OFFICE OF STANLEY J. KAKOL, JR.

This the 1st day of March, 2024.

/s/_____
   Nancy Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue
   Suntrust Garden Plaza, Suite 120
   Atlanta, GA  30303
   678-992-1201

**UST Form 101-13-FR-S (09/01/2009)**